UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
LINCOLNSHIRE POLICE PENSION FUND, :
individually and on behalf of all others similarly :
situated, :
: Civil Action No.: 1:19-cv-02045
      Plaintiff, :
:
 v. :
:
BANK OF AMERICA, N.A.; BARCLAYS BANK :
PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS :
SECURITIES CORP.; CITIGROUP GLOBAL :
MARKETS INC.; CREDIT SUISSE AG; CREDIT :
SUISSE SECURITIES (USA) LLC; DEUTSCHE :
BANK AG; DEUTSCHE BANK SECURITIES :
INC.; FIRST TENNESSEE BANK, N.A.; FTN :
FINANCIAL SECURITIES CORP.; GOLDMAN :
SACHS & CO. LLC; JPMORGAN CHASE BANK, :
N.A.; JPMORGAN SECURITIES LLC; MERRILL :
LYNCH, PIERCE, FENNER & SMITH INC.; AND :
UBS SECURITIES LLC, :
:
      Defendants. :
:
:
------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Herbert S. Washer of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC (together, the "Credit Suisse Defendants") in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.  By filing this notice of entry of appearance, the Credit Suisse Defendants do not waive, and specifically preserve, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal jurisdiction.

Dated:  March 22, 2019                                    Respectfully submitted,


                                                          /s/ Herbert S. Washer
                                                          Herbert S. Washer
                                                          **CAHILL GORDON & REINDEL LLP**
                                                          80 Pine Street
                                                          New York, New York 10005
                                                          (212) 701-3000
                                                          hwasher@cahill.com