UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BOFA SECURITIES, INC., et al., <br><br> Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1900 (JSR) |

```
----------------------------------
| LINCOLNSHIRE POLICE PENSION    |
| FUND,                          |
|                                |
|           Plaintiff,           |      19-cv-2045 (JSR)
|                                |
|        -against-               |
|                                |
| BANK OF AMERICA, N.A., et al., |
|                                |
|           Defendants.          |
----------------------------------

----------------------------------
| JOSEPH M. TORSELLA,            |
|                                |
|           Plaintiff,           |      19-cv-2438 (JSR)
|                                |
|        -against-               |
|                                |
| BANK OF AMERICA, N.A., et al., |
|                                |
|           Defendants.          |
----------------------------------

----------------------------------
| INTERNATIONAL ASSOCIATION OF   |
| HEAT AND FROST INSULATORS AND  |
| ALLIED WORKERS LOCAL NO. 14    |      19-cv-2661 (JSR)
| PENSION AND HEALTH AND WELFARE |
| FUNDS,                         |
|                                |
|           Plaintiff,           |
|                                |
|        -against-               |
|                                |
| BANK OF AMERICA, N.A., et al., |
|                                |
|           Defendants.          |
----------------------------------
```

| | |
|---|---|
| DALLAS AREA RAPID TRANSIT EMPLOYEES' DEFINED BENEFIT RETIREMENT PLAN AND TRUST, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-2715 (JSR) |
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-2755 (JSR) |
| MAYOR AND CITY COUNCIL OF BALTIMORE, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-2900 (JSR) |
| IN RE GSE BONDS ANTITRUST LITIGATION | 19-cv-1704 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's approval of the distribution of the net settlement fund, <u>see</u> ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

    SO ORDERED.

Dated:   New York, NY

         March 2, 2022                  JED S. RAKOFF, U.S.D.J.